## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Barney, Jeffery

Printed:  5/20/08

Case Number:  07 B 22051
Judge:  Wedoff, Eugene R
Filed:  11/26/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Ch 7 Conversion:  April 25, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,300.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,085.50 |
| Trustee Fee: |  | 214.50 |
| Other Funds: |  | 0.00 |
| Totals: | 3,300.00 | 3,300.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Philip A. Igoe | Administrative | 3,500.00 | 3,085.50 |
| 2. | Santander Consumer USA | Secured | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 4. | Matrix Financial Services | Secured | 9,000.00 | 0.00 |
| 5. | Chase Manhattan Mortgage Corp | Secured | 25,202.19 | 0.00 |
| 6. | Litton Loan Servicing | Secured | 12,500.00 | 0.00 |
| 7. | Household Financial Corporation | Secured | 5,000.00 | 0.00 |
| 8. | Internal Revenue Service | Priority | 10,782.24 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 544.04 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 276.62 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 89.60 | 0.00 |
| 12. | Commonwealth Edison | Unsecured | 139.31 | 0.00 |
| 13. | Bass & Associates | Unsecured | 35.16 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 205.84 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 847.54 | 0.00 |
| 16. | Wells Fargo Bank | Unsecured | 47.39 | 0.00 |
| 17. | Internal Revenue Service | Unsecured | 1,704.23 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 296.11 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 263.26 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 255.67 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 1,372.69 | 0.00 |
| 22. | ECast Settlement Corp | Unsecured | 1,070.58 | 0.00 |
| 23. | ECast Settlement Corp | Unsecured | 1,955.52 | 0.00 |
| 24. | ECast Settlement Corp | Unsecured | 657.54 | 0.00 |
| 25. | Peoples Energy Corp | Unsecured | 175.60 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| **IN RE:** Barney, Jeffery | | Case Number: 07 B 22051 | |
| | | Judge: Wedoff, Eugene R | |
| Printed: 5/20/08 | | Filed: 11/26/07 | |

| | | | | |
|---|---|---|---|---|
| 26. | ECast Settlement Corp | Unsecured | 22.19 | 0.00 |
| 27. | ADT Security Systems | Unsecured | | No Claim Filed |
| 28. | Bank Of America | Unsecured | | No Claim Filed |
| 29. | Allstate | Unsecured | | No Claim Filed |
| 30. | BP Amoco | Unsecured | | No Claim Filed |
| 31. | Capital One | Unsecured | | No Claim Filed |
| 32. | Cingular Wireless | Unsecured | | No Claim Filed |
| 33. | Chicago Sun Times | Unsecured | | No Claim Filed |
| 34. | Citi Cards | Unsecured | | No Claim Filed |
| 35. | City Of Chicago | Unsecured | | No Claim Filed |
| 36. | City Of Chicago | Unsecured | | No Claim Filed |
| 37. | Harris Bank | Unsecured | | No Claim Filed |
| 38. | City Of Chicago | Unsecured | | No Claim Filed |
| 39. | HFC | Unsecured | | No Claim Filed |
| 40. | Sears | Unsecured | | No Claim Filed |
| 41. | SBC | Unsecured | | No Claim Filed |
| 42. | US Bank | Unsecured | | No Claim Filed |
| 43. | US Bank | Unsecured | | No Claim Filed |
| 44. | Shell | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 75,943.32 | $ 3,085.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 214.50 |
| | _____ |
| | $ 214.50 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: